AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

|  |  |
|---|---|
| Carol Cole Company, a California corporation d/b/a NuFACE, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| Akika.com LLC, a Florida limited liability company d/b/a My Derma Dream; Wouter Akika, an individual; Antonio Durante, an individual; and Does 1-10, inclusive, | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   1:23-cv-22204-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Akika.com LLC, Wouter Akika, Antonio Durante, 160 W. Camino Real, Unit #511, Boca Raton, FL 33432

Alternative addresses:  360 NW 27th St., Miami, FL 33127; 502 Antebellum Ln., Mt. Pleasant, SC 29464

Reg. Agent: NRAI Services, Inc., 1200 South Pine Island Road, Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joshua Richman
Lewis Kohn & Walker, LLP
17085 Via Del Campo
San Diego, CA 92127

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____06/15/2023_____

**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court