UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-22204-DPG

CAROL COLE COMPANY, a California corporation d/b/a NUFACE,

    Plaintiff,

vs.

AKIKA.COM LLC, a Florida limited liability company d/b/a MY DERMA DREAM; WOUTER AKIKA, an individual; ANTONIO DURANTE, an individual; and DOES 1 through 10, inclusive,

    Defendants.

## CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiff Carol Cole Company certifies, pursuant to Federal Rules of Civil Procedure, Rule 7.1, that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
|---|---|
| Carol Cole Company | Plaintiff |
| Akika.com LLC | Defendant |
| Wouter Akika | Defendant |
| Antonio Durante | Defendant |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Carol Cole Company hereby submits its disclosure statement and notification as to affiliates pursuant to Federal Rule of Civil Procedure 7.1:

Carol Cole Company has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Date: June 16, 2023               Respectfully submitted,

/s/*Alexis Read*

Alexis Read
FL Bar No. 98084 Read
Law PLLC
25 SE Second Ave, 8th Fl.
Miami, FL 33131
Phone: (305) 209-2131
Email:  asr@alexisreadlaw.com

Joshua Richman
CA Bar No. 243147 (*pro hac vice admission pending*)
Michael Lane
CA Bar No. 248624 (*pro hac vice admission pending*)
Lewis Kohn & Walker, LLP
17085 Via Del Campo
San Diego, CA 92127
Phone: (858) 436-1330
Email: jrichman@lewiskohn.com; mlane@lewiskohn.com

## **CERTIFICATE OF SERVICE**

I certify that on June 16, 2023, I electronically filed the foregoing document with the clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF to all parties registered to receive notice on the Court's Service List.

By: */s/ Alexis S. Read*
Fla. Bar No. 98084