**EXHIBIT A**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,949,193**  
**Registered May 3, 2016**  
**Int. Cl.: 10**

**TRADEMARK**

**PRINCIPAL REGISTER**

CAROL COLE COMPANY (CALIFORNIA CORPORATION)
SUITE A
1325 SYCAMORE AVE
VISTA, CA 92081

FOR: SKIN TONING MACHINES FOR COSMETIC USE, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 11-0-2011; IN COMMERCE 11-0-2011.

THE MARK CONSISTS OF A THREE-DIMENSIONAL PRODUCT CONFIGURATION THAT CONSISTS OF AN OVAL-LIKE SHAPE ON THE BOTTOM AND TWO SYMMETRICAL ROUND SHAPES ON THE TOP.

SEC. 2(F).

SER. NO. 86-547,599, FILED 2-26-2015.

JAMES STEIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office